**DENIED; Opinion Filed August 7, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01005-CV

### IN RE BILLY SHANNON MCKINNEY, Relator

**Original Proceeding from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 24008-422**

## MEMORANDUM OPINION
Before Justices Moseley, Fillmore, and Evans
Opinion by Justice Moseley

Relator filed this petition for writ of mandamus requesting that the Court compel the trial court to rule on motions filed on March 25, 2014 and June 3, 2014. The facts and issues are well-known to the parties so we do not recount them here. A trial court has a reasonable time within which to consider a motion and to rule. *In re Chavez,* 62 S.W.3d 225, 228 (Tex. App.—Amarillo 2001, orig. proceeding). Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a).

141005F.P05

/Jim Moseley/
JIM MOSELEY
JUSTICE